JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIE REED, ) | CASE NO. CV 12-05021 MMM (VBKx) |
| ) Plaintiff, ) | |
| vs. ) | |
| ) SANDSTONE PROPERTIES, L.P., a ) California Limited Partnership; ) RELIABLE GENERAL PARTNER, a ) California Corporation; and Does 1-10, ) ) Defendants. ) ) ) ) | JUDGMENT |

On March 1, 2013, defendants Sandstone Properties, L.P., Reliable General Partner filed a motion for summary judgment. On April 2, 2013, the court issued an order granting defendants' motion. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff's claim for injunctive relief under the American with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq,* is dismissed as moot; and

2. That the clerk is directed to remand the action to the Los Angeles Superior Court forthwith for further proceedings on plaintiff's remaining state law claims.

DATED: April 2, 2013

                                               *Margaret M. Morrow*
                                           MARGARET M. MORROW
                                           UNITED STATES DISTRICT JUDGE